87 A.3d 236

### IN THE MATTER OF SAMUEL RAK, AN ATTORNEY AT LAW (ATTORNEY NO. 019681985).

April 10, 2014.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–069, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **SAMUEL RAK,** formerly of **LEONIA,** who was admitted to the bar of this State in 1985, and who has been suspended from the practice of law since April 8, 2011, be disbarred for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate), *RPC* 5.5(a) (practicing law while suspended), *RPC* 8.4(c) (conduct involving fraud, dishonesty, deceit or misrepresentation), and *RPC* 8.4(d) (engaging in conduct prejudicial to the administration of justice);

And **SAMUEL RAK** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **SAMUEL RAK** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that **SAMUEL RAK** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **SAMUEL RAK** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.